**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE: Docket Number 2018-CA-1309


Boyd Louisiana Racing, Inc.

- - Versus - -

19th Judicial District Court
Cynthia Bridges, Secretary, Department of Revenue and    Case #: 539824
Taxation, State of Louisiana                             East Baton Rouge Parish


Consolidated with the following:


2018 - CA - 1310
Boyd Gaming Corporation
versus
Cynthia Bridges, Secretary, Department of Revenue and Taxation, State of Louisiana

2018 - CA - 1311
Boyd Kenner, Inc.
versus
Cynthia Bridges, Secretary, Department of Revenue and Taxation, State of Louisiana


On Application for Rehearing filed on 01/22/2020 by Cynthia Bridges, et al

Rehearing            **DENIED**

_____

Vanessa Guidry Whipple

Page McClendon

Toni Manning Higginbotham

Date    **MAR 0 2 2020**

Rodd Naquin, Clerk

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1309

Boyd Louisiana Racing, Inc.

- - Versus - -

Cynthia Bridges, Secretary, Department of Revenue and
Taxation, State of Louisiana

19th Judicial District Court
Case #: 539824
East Baton Rouge Parish

Consolidated with the following:

2018 - CA - 1310
Boyd Gaming Corporation
versus
Cynthia Bridges, Secretary, Department of Revenue and Taxation, State of Louisiana

2018 - CA - 1311
Boyd Kenner, Inc.
versus
Cynthia Bridges, Secretary, Department of Revenue and Taxation, State of Louisiana

On Application for Rehearing filed on 01/22/2020 by Boyd Louisiana Racing, Inc.

Rehearing _____**DENIED**_____

Vanessa Guidry Whipple

Page McClendon

Toni Manning Higginbotham

Date __**MAR 0 2 2020**_____

Rodd Naquin, Clerk